JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DANIEL SCHWARTZ,<br><br>　　　　Plaintiff,<br>　v.<br><br>BAI BRANDS, LLC, a New Jersey Limited Liability Company,<br><br>　　　　Defendant. | Case No. 2:19-cv-06249-SPG-RAO<br><br>**JUDGMENT**<br><br>The Hon. Sherilyn Peace Garnett<br><br>Courtroom 5C<br><br>Action Filed: July 19, 2019 |

　　On August 19, 2022, the Court entered an order granting Defendant Bai Brands, LLC's ("Defendant") motion for summary judgment and denying Plaintiff Daniel Schwartz's ("Plaintiff") motion for summary judgment. *See* (ECF No. 122. ("Order")).

　　Pursuant to the Court's Order, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. Each side will bear its own fees and costs. The Clerk of the Court shall close the file in this matter.

　　IT IS SO ORDERED.

Dated: August 29, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE